## 21-MJ-3024-GOODMAN

AO 91 (rev.11/11) Criminal Complaint

AUTHORIZED AND APPROVED DATE: _____ 5/10/21

FILED BY _____ KS _____ D.C.

May 25, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. – Miami

# United States District Court
## for the

WESTERN      DISTRICT OF      OKLAHOMA

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Karin Treister; | ) Case No:  M-21-286-AMG |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 2020 through January 2021, in Payne County and Oklahoma County, in the Western District of Oklahoma, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud |

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent Timothy Mark Bragg, of the Federal Bureau of Investigation, which is incorporated and made a part hereof by reference.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Timothy Mark Bragg
Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence.

Date: ___5/10/21___

_____
*Judge's signature*

City and State: Oklahoma City, Oklahoma

Amanda Green, U.S. Magistrate Judge
*Printed name and title*

WESTERN DISTRICT OF OKLAHOMA

OKLAHOMA CITY, OKLAHOMA

STATE OF OKLAHOMA )
                            )
COUNTY OF OKLAHOMA )

## AFFIDAVIT

I, Special Agent Timothy Mark Bragg, being first duly sworn, hereby depose and
state as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and
have been so employed since approximately March 2009. I am currently assigned to the
FBI's Oklahoma City Field Office, Stillwater Resident Agency. As part of my duties as
an FBI Special Agent, I investigate criminal violations relating to computer intrusion and
internet fraud. As a result of my training and experience, including information provided
by other federal agents with applicable knowledge, I am familiar with the tactics,
methods, and techniques utilized by online fraud rings and their members. As part of my
job, I have conducted numerous investigations involving the use of the Internet, email,
and social media to further criminal activity. I have participated in the execution of
multiple federal search warrants involving various types of evidence and property.

2.      The facts set forth in this Affidavit are based upon my personal knowledge,
knowledge obtained from other law enforcement personnel, review of documents related
to this investigation, communications with other individuals who have personal
knowledge of the events and circumstances described herein, and information gained
through training and experience. Since this Affidavit is being submitted for the limited

purpose of seeking a complaint and arrest warrant against the individual named below, I have not included every fact known to me concerning this investigation. Rather I have set forth only the facts I believe are essential to establish the foundation necessary to support the complaint and arrest warrants.

3.      This Affidavit is submitted in support of a criminal complaint charging Karin TREISTER (DOB: **-**-1997) with a violation of Title 18 of the United States Code § 1349 (Attempt and conspiracy). Based on the following facts, I believe that probable cause exists to show that TREISTER knowingly conspired with others to obtain money and property, by means of fraudulent pretenses; transmitted writings by means of wire communication in interstate commerce with the purpose of executing such conspiracy; and, furtherance of this conspiracy. I believe that probable cause exists to show that TREISTER committed these violations from in or around February 2020 through in or about January 2021, and a portion of the conspiracy occurred in Payne County and Oklahoma County, Oklahoma, in the Western District of Oklahoma, and elsewhere.

## FACTS AND CIRCUMSTANCES

4.      The Federal Bureau of Investigation (FBI), Homeland Security Investigations (HSI), and New York City Police Department (NYPD) have been conducting a joint investigation into a Canadian based fraud ring ("The Fraud Ring") responsible for the theft and use of credit card information to purchase and resell goods to include, but not limited to:  professional and collegiate sporting event tickets; personal protective equipment ("PPE"); and home improvement items.

5.     My investigation has identified a leader of the fraud ring as Canadian citizen Steven Mesrop ("Mesrop"). Mesrop worked with multiple identified and yet to be identified co-conspirators to acquire stolen identities and associated credit card information, use the credit cards to make fraudulent purchases, and ultimately resell the purchased items for profit. The Fraud Ring targeted multiple companies across North America to include Oklahoma State University, who suffered a financial loss totaling approximately $679,330.00 (USD), and Classic Paper Supply, who suffered a financial loss totaling approximately $18,000.00 (USD). Both Oklahoma State University and Classic Paper Supply are located within the Western District of Oklahoma. The Fraud Ring targeted Classic Paper Supply in or about March and April 2020.

6.     One of Mesrop's co-conspirators has been identified as Mesrop's girlfriend, Canadian citizen, Mirna HABIB ("HABIB"). A search of HABIB's phone revealed that HABIB has worked with the Fraud Ring to commit fraud through the use of stolen credit cards at the direction of Mesrop from at least October 5, 2018. HABIB established email accounts, trafficked in stolen credit cards, used stolen credit cards to make purchases on behalf of herself, Mesrop, and the Fraud Ring, and recruited friends to work for the Fraud Ring. In return for her work, Habib was rewarded with a lavish lifestyle including international travel, luxury gifts, and money.

7.     Information obtained from a search of HABIB's cell phone identified TREISTER as using phone number 647-242-4291 and email address elenat26(at)gmail.com based on a review of communications between HABIB and the user of the phone number and email address. The fact that TREISTER is the user of

telephone number 647-242-4291 was further corroborated by the discovery of an April

29, 2021, flight reservation for TREISTER linking the number to TREISTER.

Communications found on HABIB's phone demonstrate that TREISTER is a close friend

of HABIB's who worked alongside HABIB to defraud various victims, through the

aforementioned credit card scheme, on behalf of the Fraud Ring, and at the direction of

MESROP. My investigation has shown that HABIB recruited TREISTER to work for

MESROP in furtherance of the fraud scheme, specifically to make calls to various

victims and make fraudulent purchases. This assessment is based, in part, on

communications discovered in HABIB's phone showing TREISTER communicating

with HABIB about securing payment from MESROP for work she conducted on behalf

of MESROP. As an example, on October 14, 2020, HABIB texted TREISTER "I'm

doing a pick up now" and TREISTER replies "so we got it? Hopefully Stevie pays us."

Based on my knowledge of the individuals involved in the Fraud Ring, I know "Stevie"

to be a reference to MESROP. Additionally, my investigation has determined that

TREISTER received guidance HABIB on how best to communicate with potential

victims. As an example, the following text message exchange occurred between HABIB

and TREISTER on October 15, 2020:

TREISTER: I'll go shower and make calls in the meantime

HABIB: Ok the card is still live call the same company

TREISTER: I'll leave that to us

HABIB: Say you're my assistant or something cause you're gonna be calling from a diff number

TREISTER: I'm gonna make new calls

HABIB: No call them ASAP

HABIB: before the card dies

TREISTER: Okok

HABIB: Actually

HABIB: I'll do it now

TREISTER: R u sure?

TREISTER: or should I

TREISTER: I found a way to find companies that all the mans didn't hit

TREISTER: Imma look for number and call all of them

HABIB: Yeah Dw I'll call him

HABIB:  Find new numbers

TREISTER: Okok perf

     8.     Furthermore, on December 2, 2020 TREISTER texts HABIB "send food for the dhl plssss." HABIB replies "find out the available credit and the balance and if it tell you the last transaction amount." TREISTER replies "They ask for a password."

Again, on December 28, 2020 HABIB and TREISTER exchanged text messages regarding a purchase of gloves. TREISTER texts HABIB "bro the girl keeps calling for the gloves." HABIB replies "tell her we're gonna split the transaction between you and your business partner and I'll send you the food now one sec." Later on in the conversation TREISTER sends HABIB a screen shot of a company called Glove Select.

      9.     I know that the Fraud Ring regularly used code words when discussing their fraudulent activity. As an example, the Fraud Ring would refer to stolen credit card information used to make purchases as "food." Additionally, I know the scope of the fraudulent activity conducted by the Fraud Ring, to include, but not limited to, TREISTER, HABIB, and MESROP, was beyond the purchase of event tickets and included, among other things, the fraudulent purchase of personal protective equipment (PPE), to include gowns, facemasks, and nitrile gloves.

      10.    My investigation has further identified the fact that TREISTER would communicate directly with MESROP regarding payment for the work she conducted on behalf of the Fraud Ring. As an example, on March 9, 2020, Steven MESROP sent HABIB a screen shot of text messages between MESROP and TREISTER. The screen shot depicts a conversation where TREISTER tells MESROP that she did two orders and told the ticket vendor that she lost her credit card in a cab and wanted to check if her tickets were good. Subsequently, on March 10, 2020, MESROP sent HABIB a screen shot of text messages between TREISTER and MESROP. TREISTER asks MESROP "when do I get paid after 10 days?" MESROP replied "7-10 business days after the event

sold, that's when I get it" TREISTER replied "ya okay! U got paid for the first couple tho right."

## CONCLUSION

11.     Based on the facts set forth in the Affidavit and my training and experience, I believe there is probable cause to believe that TREISTER conspired with others to knowingly violate of Title 18, U.S.C. § 1349 (Attempt and conspiracy).

Timothy Mark Bragg
Special Agent
Federal Bureau of Investigation

Sworn to before me this 10th day of May 2021.

AMANDA MAXFIELD GREEN
United States Magistrate Judge
Western District of Oklahoma

# CRIMINAL COVERSHEET

# U.S. District Court, Western District of Oklahoma

Petty ☐    Misdemeanor ☐    Felony ☐    USAO No.: _____    Case No.: _____

Charging Document: **Complaint**    No. of Defendants: __1__    Total No. of Counts: __1__    Sealed: Y ☑

Forfeiture: Y ☐    OCDETF: Y ☐    Warrant: ☑    Summons: ☐    Notice: ☐    N ☐
  N ☑        N ☑    Companion Case No. (if any): CR-21-95-D

## DEFENDANT INFORMATION:    By: **DR**

| Name: **KARIN TREISTER** | |
|---|---|
| Alias(es): | Address: |
| | FBI No.: |
| DOB: 1997   SSN: | Race: White   Interpreter: Y ☐   N ☑ |
| Sex: M ☐   F ☑   Juvenile: Y ☐   N ☑ | Language/Dialect: English |

## DEFENDANT STATUS/RECOMMENDATION:    PRIOR MAGISTRATE JUDGE PROCEEDINGS:

☑ Not in Custody    ☑ Detention Requested

☐ Type of Bond: _____

☐ In Custody at: _____

Inmate/Prisoner/Register No.: _____

| Complaint: Y ☐   N ☑ |
| Magistrate Judge Case No.: MJ- |
| Previously Detained: Y ☐   N ☑ |

## ATTORNEY/AGENCY INFORMATION:

☐ Public Defender    Name: _____    AUSA: William Farrior

☐ CJA Panel    Address: _____    Agent /Agency: FBI

☐ Retained    Phone: _____    Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 1349 | Conspiracy to Commit | Not more than 20 years' imprisonment, $250,000 fine, or both; 3 years' supervised release; $100 special assessment. |

Signature of AUSA: s/ William E. Farrior    Date: 05/10/2021

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

| WESTERN | DISTRICT OF | OKLAHOMA |
|---|---|---|

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: M-21-286-AMG |
| | ) |
| KARIN TREISTER, | ) |
| | ) |
| Defendant. | ) |

## ARREST WARRANT

To: any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay,

Karin Triester, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Wire Fraud in violation of Title 18, United States Code, Section 1349.

Date **5/10/21**

_Amanda Maxfield Green_
*Issuing officer / signature*

City and State: Oklahoma City, Oklahoma

AMANDA GREEN, U. S. Magistrate Judge
*Printed name and title*

| **Return** |
|---|

| |
|---|
| This warrant was received on *(date)*_____, and the person was arrested on *(date)* _____ |
| at *(city and state)* _____. |
| |
| Date _____       _____ |
|                                *Arresting officer's signature* |
|                                _____ |
|                                *Printed name and title* |

# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. MJ-21-286-AMG |
| | ) | |
| KARIN TREISTER, | ) | |
| | ) | |
| Defendant(s). | ) | |

## MOTION TO SEAL COMPLAINT AND AFFIDAVIT

Pursuant to Local Criminal Rules 4.1 and 12.2, the United States respectfully moves for an Order sealing the Complaint, Affidavit, and Arrest Warrant, as well as this motion and any sealing order, until Defendant's initial appearance or further order of the Court.

The Federal Bureau of Investigation is still conducting its investigation. Exposure at this time of the evidence, the identities of witnesses, and other matters in the Affidavit will hamper the investigation and may cause one or more suspects to attempt to flee.

The Court has the authority to seal documents in appropriate circumstances. *United States v. McVeigh*, 119 F.3d 806, 811 (10th Cir. 1997); *Matter of Search of 1638 E. 2nd Street, Tulsa, Okla.*, 993 F.2d 773, 775 (10th Cir. 1993).

Therefore, the United States moves for an order sealing the Complaint, Affidavit,

and Arrest Warrant, as well as this motion and any sealing order.

Respectfully submitted,

ROBERT J. TROESTER
Acting United States Attorney

*s/ William E. Farrior*
William E. Farrior
Oklahoma Bar No. 22137
Assistant United States Attorney
210 West Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
(405) 553-8754 - Telephone
(405) 553-8888 - Facsimile
William.farrior@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. MJ-21-286-AMG |
| | ) | |
| KARIN TREISTER, | ) | |
| | ) | |
| Defendant(s). | ) | |

## ORDER SEALING COMPLAINT AND AFFIDAVIT

On this **10TH** day of May, for the reasons given in the government's Motion to Seal,

IT IS ORDERED that the Complaint, Affidavit, and Arrest Warrant in this matter,

together with this Order and the Motion to Seal, be filed in the Office of the Clerk of this

Court under seal, so as not to become matters of public record in this Court, until

Defendant's initial appearance or further order of the Court.

AMANDA GREEN
 United States Magistrate Judge